# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

JAMIE BELL,

        Petitioner,

v.                                 CASE NO.  4:12-cv-150-MW/GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

        Respondent.

**************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No.22, filed  May 8, 2013.  Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.  The Clerk shall enter judgment stating, "The motion to dismiss, ECF 16, is **GRANTED**.  The petition for writ of habeas corpus, ECF No. 1, is **DENIED**.  A certificate of appealability is **DENIED**."    The Clerk shall close the file.

SO ORDERED on May 29, 2013.

                                s/Mark E. Walker_____
                                United States District Judge